**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 26 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LS    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR2004-JLS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| DAVID BAEZ-ARANA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of the Information: __8:1326(a) and (b)__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/26/2011

MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE